**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: May 23, 2017**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    Velvis G. Priest, Sr.<br><br>                              Debtor | CASE NO: 16-32965<br>          (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

AGREED ORDER DISMISSING CASE

This matter is scheduled for hearing on May 18, 2017 upon the Chapter 13 Trustee's Motion to Dismiss (Doc. 38), and the Debtor's response thereto (Doc. 41) filed on March 23, 2017 and upon agreement of the parties,

IT IS ORDERED that:

1) the Chapter 13 Trustee's Motion to Dismiss is hereby granted;

2) the case be and hereby is dismissed.

IT IS SO ORDERED.

Submitted By:

/s/ Jeffrey M. Kellner
_____

Jeffrey M. Kellner 0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

/s/ WAYNE P NOVICK
_____

WAYNE P NOVICK  #0030248
Attorney for Debtor
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459
(937)436-2606   Fax (937)436-4602
email: GRATEFULLAWYER2@gmail.com

**Distribution:**
　　All Creditors and Parties in Interest.